**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

XIAOAN XU,

              Plaintiff,

     v.

PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

              Defendants.

Case No. 23-cv-15894

Judge Sara L. Ellis

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Xiaoan Xu

hereby dismisses this action without prejudice as to the following Defendants:

| Defendant No. | Name / Seller Alias | URL |
|---|---|---|
| 13 | BrewishStore | walmart.com/seller/101190272 |
| 89 | homelifede | ebay.com/usr/homelifede |
| 90 | homelifeus | ebay.com/usr/homelifeus |
| 92 | led_decor_shopuk08 | ebay.com/usr/led_decor_shopuk08 |
| 94 | lida_official_shop | ebay.com/usr/lida_official_shop |

Dated: December 15, 2023

Respectfully submitted,

By: /s/ *Sarah L. Boone*
Mark C. Johnson
Sarah L. Boone
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
216.621.1113
216.621.6165 (facsimile)
mjohnson@rennerotto.com
sboone@rennerotto.com

*Counsel for Plaintiff*