IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XIAOAN XU,<br><br>                Plaintiff,<br><br>      v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                Defendants. | Case No. 23-cv-15894<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey Cole |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS**

Plaintiff Xiaoan Xu ("Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against the defendants identified in the table below ("Defaulting Defendants"). In support of his Motion, Plaintiff submits the accompanying Memorandum of Law and declaration of Sarah L. Boone.

| No | Name / Seller Alias | URL |
|---|---|---|
| 147 | Guangdong Choiceyoung Lighting Technology Co., Ltd. | qdcyzm.en.alibaba.com |
| 148 | Guangzhou Vantone Science & Technology Co., Ltd. | yingtongkeji2022.en.alibaba.com |
| 149 | Inner Mongolia Shangxing Energy Co., Ltd. | nmgsxkj.en.alibaba.com |
| 150 | Ningbo Jeffry International Trading Co., Ltd. | nbjeffry.en.alibaba.com |
| 151 | Quzhou Link Electronic Technology Co., Ltd. | linktv.en.alibaba.com |
| 152 | Shenzhen Bryson Science Technology Co., Ltd. | brysoncn.en.alibaba.com |
| 153 | Shenzhen Lonvel Technology Co., Ltd. | lonvel.en.alibaba.com |
| 154 | Shenzhen Jiuzhifeixiang Elephants Electronic Technology Co., Ltd. | szjiuzhifeixiang.en.alibaba.com |
| 155 | Shenzhen Shanghua Technology Co., Ltd. | shanghua888.en.alibaba.com |
| 156 | Shenzhen WEGI Technology Co., Ltd. | szwegi.en.alibaba.com |
| 157 | Yiwu Zhigou E-Commerce Co., Ltd. | smartchioce.en.alibaba.com |

1

Dated: February 2, 2024            Respectfully submitted,

By: /s/ *Sarah L. Boone*
Mark C. Johnson
Sarah L. Boone
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
216.621.1113
216.621.6165 (facsimile)
mjohnson@rennerotto.com
sboone@rennerotto.com

*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on the 2nd day of February 2024, the foregoing document is being electronically served by electronically publishing the document on a website, and sending an e-mail that includes a link to said website to the e-mail addresses below:

| No | Name / Seller Alias | Email Address |
|---|---|---|
| 147 | Guangdong Choiceyoung Lighting Technology Co., Ltd. | mingfeihan77@gmail.com |
| 148 | Guangzhou Vantone Science & Technology Co., Ltd. | 18666091143@163.com |
| 149 | Inner Mongolia Shangxing Energy Co., Ltd. | sarah@nmgsxenergy.com |
| 150 | Ningbo Jeffry International Trading Co., Ltd. | nbjeffry@163.com |
| 151 | Quzhou Link Electronic Technology Co., Ltd. | info@gongreng.com |
| 152 | Shenzhen Bryson Science Technology Co., Ltd. | sales@brysoncn.com |
| 153 | Shenzhen Lonvel Technology Co., Ltd. | lucy@lincotech.cn |
| 154 | Shenzhen Jiuzhifeixiang Elephants Electronic Technology Co., Ltd. | jerry@ochomasun.com |
| 155 | Shenzhen Shanghua Technology Co., Ltd. | sh20210517@163.com |
| 156 | Shenzhen WEGI Technology Co., Ltd. | blairhuang@szwegi.com |
| 157 | Yiwu Zhigou E-Commerce Co., Ltd. | perryyoung@smartchoice.top |

Dated: February 2, 2024 /s/ *Sarah L. Boone*
Sarah L. Boone

*An Attorney for Plaintiff*