# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| XIAOAN XU, <br><br> Plaintiff, <br><br> v. <br><br> PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 23-cv-15894 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Jeffrey Cole |

## DECLARATION OF SARAH L. BOONE

I, Sarah L. Boone, of Cleveland, Ohio, declare as follows:

1. I am over 18 years of age. I make this declaration in support of Plaintiff's Motion for Entry of Default and Default Judgment as to Certain Defendants.

2. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

3. I am an attorney at law, duly admitted to practice before the Courts of the State of Ohio and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff.

4. Defendant Nos. 147-157, identified in Schedule "A" (and listed in Plaintiff's motion) ("Defaulting Defendants") have failed to answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

1

5. I analyzed each of e-commerce stores operating under at least the seller names of the Defaulting Defendants identified in Schedule "A" to the Complaint (the "Marketplace Stores"). Based on our investigation, I believe the Defaulting Defendants' locations are in China or Hong Kong or outside of the United States. We have not found any of the Defaulting Defendants to have a presence in the United States. As such, I believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

6. The limited account information provided by Alibaba.com ("Alibaba") for Defaulting Defendants indicates that the amount restrained in Defaulting Defendants' known financial accounts pursuant to the Court's TRO and preliminary injunction ranged from $0 to $7,002.04, for a total of $15,225.22. Additionally, Alibaba has refused to provide Plaintiff with any information regarding Defaulting Defendants' sales of infringing products. Thus, Plaintiff is unable to determine the revenue generated by the Defaulting Defendants from the sale of the specific Infringing Product listings identified by Plaintiff. *See* chart provided below.

| Def. No. | Seller Name/Alias | Amount Restrained | Infringing Product Revenue | Requested Profits Award |
|---|---|---|---|---|
| 147 | Guangdong Choiceyoung Lighting Technology Co., Ltd. | $1,137.39 | Unknown | $1,137.39 |
| 148 | Guangzhou Vantone Science & Technology Co., Ltd. | $380.57 | Unknown | $380.57 |
| 149 | Inner Mongolia Shangxing Energy Co., Ltd. | $10.47 | Unknown | $250 |
| 150 | Ningbo Jeffry International Trading Co., Ltd. | $0 | Unknown | $250 |
| 151 | Quzhou Link Electronic Technology Co., Ltd. | $1,196.76 | Unknown | $1,196.76 |
| 152 | Shenzhen Bryson Science Technology Co., Ltd. | $4,610.35 | Unknown | $4,610.35 |
| 153 | Shenzhen Lonvel Technology Co., Ltd. | $0 | Unknown | $250 |
| 154 | Shenzhen Jiuzhifeixiang Elephants Electronic Technology Co., Ltd. | $757.64 | Unknown | $757.64 |

| Def. No. | Seller Name/Alias | Amount Restrained | Infringing Product Revenue | Requested Profits Award |
|---|---|---|---|---|
| 155 | Shenzhen Shanghua Technology Co., Ltd. | $0 | Unknown | $250 |
| 156 | Shenzhen WEGI Technology Co., Ltd. | $7,002.04 | Unknown | $7,002.04 |
| 157 | Yiwu Zhigou E-Commerce Co., Ltd. | $130 | Unknown | $250 |
| **Total** | | **$15,225.22** | **Unknown** | **$16,334.75** |

7. Exhibit 1 attached hereto is a true and accurate copy of unpublished decisions cited in Plaintiff's Memorandum in Support of Plaintiff's Motion for Entry of Default and Default Judgment as to Certain Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 2nd day of February, 2024, at Cleveland, Ohio.

/s/ *Sarah L. Boone*
Sarah L. Boone

*Counsel for Plaintiff*

# Certificate of Service

I hereby certify that on the 2nd day of February 2024, the foregoing document is being electronically served by electronically publishing the document on a website, and sending an e-mail that includes a link to said website to the e-mail addresses below:

| No | Name / Seller Alias | Email Address |
|---|---|---|
| 147 | Guangdong Choiceyoung Lighting Technology Co., Ltd. | mingfeihan77@gmail.com |
| 148 | Guangzhou Vantone Science & Technology Co., Ltd. | 18666091143@163.com |
| 149 | Inner Mongolia Shangxing Energy Co., Ltd. | sarah@nmgsxenergy.com |
| 150 | Ningbo Jeffry International Trading Co., Ltd. | nbjeffry@163.com |
| 151 | Quzhou Link Electronic Technology Co., Ltd. | info@gongreng.com |
| 152 | Shenzhen Bryson Science Technology Co., Ltd. | sales@brysoncn.com |
| 153 | Shenzhen Lonvel Technology Co., Ltd. | lucy@lincotech.cn |
| 154 | Shenzhen Jiuzhifeixiang Elephants Electronic Technology Co., Ltd. | jerry@ochomasun.com |
| 155 | Shenzhen Shanghua Technology Co., Ltd. | sh20210517@163.com |
| 156 | Shenzhen WEGI Technology Co., Ltd. | blairhuang@szwegi.com |
| 157 | Yiwu Zhigou E-Commerce Co., Ltd. | perryyoung@smartchoice.top |

Dated: February 2, 2024　　　　　　　　　　/s/ *Sarah L. Boone*
　　　　　　　　　　　　　　　　　　　　　Sarah L. Boone

　　　　　　　　　　　　　　　　　　　　　*An Attorney for Plaintiff*