UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Xiaoan Xu, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:23-cv-15894 |
| v. ) | |
| ) | Dist. Judge Sara L. Ellis |
| Partnerships and Unincorporated ) | |
| Associations Identified on Schedule A, ) | Mag. Judge Jeffrey Cole |
| Defendants. ) | |

## Unopposed Motion for Withdrawal of Counsel

**NOW COMES** Fussion Lighting ("Defendant"), by and through its undersigned counsel, and hereby moves the Court for leave to withdraw the appearance of Adam E. Urbanczyk of AU LLC as counsel pursuant to L.R. 83.17. In support of its motion, Defendant states as follows:

1. Plaintiff filed its Complaint on November 13, 2023. [Dkt. 1].

2. Undersigned counsel filed an appearance on behalf of Defendant on January 23, 2024. [Dkt. 48].

3. Defendant has discharged attorney Adam E. Urbanczyk and AU LLC and has obtained substitute counsel. *See*, [Dkt. 69]. No trial date has been set for this matter.

4. Plaintiff's counsel has expressed that it does not oppose the withdrawal of undersigned counsel.

**WHEREFORE**, Defendant respectfully requests that this Court grant the foregoing Motion for Withdrawal of Counsel.

Dated: March 4, 2024

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
adamu@au-llc.com
Ph: (312) 715-7312
*Attorney for Defendant*

Page **1** of **1**